UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK MALONEY and STEPHANIE MALONEY, | : |
| Plaintiffs | : CIVIL ACTION NO. 3:18-2268 |
| v. | : (JUDGE MANNION) |
| MT. AIRY #1, LLC and LIANNE R. ASBURY, | : |
| Defendants | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant Mt. Airy's motion to dismiss the plaintiffs' amended complaint **(Doc. 26)** is **GRANTED**.

**(2)** Defendant Asbury's motion to dismiss the plaintiffs' amended complaint **(Doc. 28)** is **GRANTED**.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 4, 2020**
18-2268-01-ORDER